**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LABATTE, DEBORAH A | § | Case No. 13-81010 |
| LABATTE, JEFFREY A. | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 26, 2013. The undersigned trustee was appointed on June 12, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $            11,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 27.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]      $            10,972.62

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/22/2013 and the deadline for filing governmental claims was 09/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,850.00, for a total compensation of $1,850.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/29/2014        By: /s/JAMES E. STEVENS
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
               LABATTE, JEFFREY A.  
**Period Ending:** 01/29/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/26/13 (f)  
**§341(a) Meeting Date:** 05/02/13  
**Claims Bar Date:** 08/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence commonly known as 424 Le<br>Imported from original petition Doc# 1 | 135,943.00 | 0.00 | | 0.00 | FA |
| 2 | American Chartered checking account<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank Checking xxxxx224 in banks, sav<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2 Beds and 2 dressers<br>Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 5 | 32" Television and stand<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Bedding<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Couch and love seat<br>Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 8 | Drapes<br>Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 9 | Lamps<br>Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 10 | Laptop<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 11 | kitchen table and chairs<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Microwave<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 13 | Pots, dishes, and flatware<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Refrigerator<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Stereo<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 16 | Stove<br>Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-81010
**Case Name:** LABATTE, DEBORAH A
LABATTE, JEFFREY A.
**Period Ending:** 01/29/14

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 03/26/13 (f)
**§341(a) Meeting Date:** 05/02/13
**Claims Bar Date:** 08/22/13

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Table  Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 18 | Wall hangings, cds antiques, stamp, coin, record  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 19 | Clothing  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Various jewelry  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 21 | 401(k) xxxx9001 other pension or profit sharing  Imported from original petition Doc# 1 | 46,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1999 Toyota Camry  Imported from original petition Doc# 1 | 1,818.00 | 0.00 | | 0.00 | FA |
| 23 | 2001 Ford Ranger  Imported from original petition Doc# 1 | 3,319.00 | 0.00 | | 0.00 | FA |
| 24 | 2010 Chevrolet Equinox  Imported from original petition Doc# 1 | 13,482.00 | 0.00 | | 0.00 | FA |
| 25 | 1/4 interest 14048 Beaver Dam Lane, Huntly, IL (u) | 111,000.00 | 0.00 | | 11,000.00 | FA |
| 26 | 1/3 Interest in Doroth Larsons' Chase Bank acct (u) | 2,821.00 | 0.00 | | 0.00 | FA |
| 26 | **Assets Totals** (Excluding unknown values) | **$316,618.00** | **$0.00** | | **$11,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2014      **Current Projected Date Of Final Report (TFR):** January 8, 2014 (Actual)

Printed: 01/29/2014 07:32 AM     V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
LABATTE, JEFFREY A.  
**Taxpayer ID #:** **-***0912  
**Period Ending:** 01/29/14

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $277,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/13 | {25} | Dorothy A. Larson | 1/4 Interest in 14048 Beaver Dam Lane, Huntley, IL | 1210-000 | 11,000.00 | | 11,000.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,990.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 10,972.62 |
| | | | **ACCOUNT TOTALS** | | 11,000.00 | 27.38 | $10,972.62 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,000.00 | 27.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $11,000.00 | $27.38 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5166** | 11,000.00 | 27.38 | 10,972.62 |
| | $11,000.00 | $27.38 | $10,972.62 |

{} Asset reference(s)

Printed: 01/29/2014 07:32 AM    V.13.14

Printed: 01/29/14 07:32 AM              **Claims Distribution Register**                          Page: 1

**Case:  13-81010   LABATTE, DEBORAH A**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

| | 03/26/13 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 2,077.50 | 2,077.50 | 0.00 | 2,077.50 | 2,077.50 |
| | 03/26/13 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 1,850.00 | 1,850.00 | 0.00 | 1,850.00 | 1,850.00 |
| | | | **Total for Priority 200:   100% Paid** | **$3,927.50** | **$3,927.50** | **$0.00** | **$3,927.50** | **$3,927.50** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,927.50** | **$3,927.50** | **$0.00** | **$3,927.50** | **$3,927.50** |

**Unsecured Claims:**

| 1 | 05/28/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 9,437.70 | 9,437.70 | 0.00 | 9,437.70 | 1,396.20 |
| 2 | 06/14/13 | 610 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,554.67 | 1,554.67 | 0.00 | 1,554.67 | 230.00 |
| 3 | 06/20/13 | 610 | FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2238<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 7,455.00 | 7,455.00 | 0.00 | 7,455.00 | 1,102.89 |
| 4 | 07/10/13 | 610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 15,314.01 | 15,314.01 | 0.00 | 15,314.01 | 2,265.54 |
| 5 | 08/08/13 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 232.62 | 232.62 | 0.00 | 232.62 | 34.41 |
| 6 | 08/08/13 | 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 12,902.61 | 12,902.61 | 0.00 | 12,902.61 | 1,908.80 |

Printed: 01/29/14 07:32 AM

# Claims Distribution Register

Page: 2

## Case: 13-81010    LABATTE, DEBORAH A

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 08/08/13 | 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br>\<7100-00   General Unsecured § 726(a)(2)\> | 725.18 | 725.18 | 0.00 | 725.18 | 107.28 |
| | | | **Total for Priority 610:    14.79390% Paid** | **$47,621.79** | **$47,621.79** | **$0.00** | **$47,621.79** | **$7,045.12** |
| | | | **Total for Unsecured Claims:** | **$47,621.79** | **$47,621.79** | **$0.00** | **$47,621.79** | **$7,045.12** |
| | | | **Total for Case :** | **$51,549.29** | **$51,549.29** | **$0.00** | **$51,549.29** | **$10,972.62** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-81010
Case Name: LABATTE, DEBORAH A
Trustee Name: JAMES E. STEVENS

**Balance on hand:**    $    10,972.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    10,972.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,850.00 | 0.00 | 1,850.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,077.50 | 0.00 | 2,077.50 |

Total to be paid for chapter 7 administration expenses:    $    3,927.50
Remaining balance:    $    7,045.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    7,045.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 7,045.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,621.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,437.70 | 0.00 | 1,396.20 |
| 2 | Credit First NA | 1,554.67 | 0.00 | 230.00 |
| 3 | FIA CARD SERVICES, N.A. | 7,455.00 | 0.00 | 1,102.89 |
| 4 | Citibank, N.A. | 15,314.01 | 0.00 | 2,265.54 |
| 5 | Capital One, N.A. | 232.62 | 0.00 | 34.41 |
| 6 | eCAST Settlement Corporation, assignee | 12,902.61 | 0.00 | 1,908.80 |
| 7 | eCAST Settlement Corporation, assignee | 725.18 | 0.00 | 107.28 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 7,045.12 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**