**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LABATTE, DEBORAH A § Case No. 13-81010
LABATTE, JEFFREY A. §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　U.S. Bankruptcy Court
　　　Stanley J. Roszkowski U.S. Courthouse
　　　327 South Church Street
　　　Rockford, IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/26/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated:  01/29/2014          By:  /s/JAMES E. STEVENS
                                                                                                 Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LABATTE, DEBORAH A § Case No. 13-81010
LABATTE, JEFFREY A. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,000.00 |
| *and approved disbursements of* | $ 27.38 |
| *leaving a balance on hand of* [1] | $ 10,972.62 |
| **Balance on hand:** | $ 10,972.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,972.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,850.00 | 0.00 | 1,850.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,077.50 | 0.00 | 2,077.50 |

Total to be paid for chapter 7 administration expenses: $ 3,927.50
Remaining balance: $ 7,045.12

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,045.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,045.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,621.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,437.70 | 0.00 | 1,396.20 |
| 2 | Credit First NA | 1,554.67 | 0.00 | 230.00 |
| 3 | FIA CARD SERVICES, N.A. | 7,455.00 | 0.00 | 1,102.89 |
| 4 | Citibank, N.A. | 15,314.01 | 0.00 | 2,265.54 |
| 5 | Capital One, N.A. | 232.62 | 0.00 | 34.41 |
| 6 | eCAST Settlement Corporation, assignee | 12,902.61 | 0.00 | 1,908.80 |
| 7 | eCAST Settlement Corporation, assignee | 725.18 | 0.00 | 107.28 |

Total to be paid for timely general unsecured claims: $ 7,045.12
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 13-81010-TML
Deborah A LaBatte                                                        Chapter 7
Jeffrey A. LaBatte
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon             Page 1 of 1           Date Rcvd: Jan 29, 2014
                              Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2014.
```
db/jdb      +Deborah A LaBatte,    Jeffrey A. LaBatte,    424 Legend Lane,    McHenry, IL 60050-8008
20229797   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bank Of America, N.A.,    PO Box 982235,    ElPaso, TX  79998-2235)
20229798    BMO Harris ATTN Bankruptcy Dept,    BRK- 180- RC 770 N. Water Street,    Milwaukee, WI 53202-3509
20847903    Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20229799    Chase,   PO Box 15298,    Wilmington, DE 19850-5298
20229800   +Citi Cards,   PO Box 6500,    Souix Falls, SD 57117-6500
20607747   +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
20229801   +Credit First NA (Firestone),    PO Box 81083,    Cleveland, OH 44181-0083
20633522   +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20229803   +Harris Bank,    PO Box 94034,    Palatine, IL 60094-4034
20229804   +Hoffman Estates Surgery Center,    PO Box 4833,    Oak Brook, IL 60522-4833
20229805   +Keynote Consulting,    220 W Campus Drive, Suite 102,    Arlington Heights, IL 60004-1498
20229793   +LaBatte Deborah A,    424 Legend Lane,    McHenry, IL 60050-8008
20229794   +LaBatte Jeffrey A,    424 Legend Lane,    McHenry, IL 60050-8008
20229807   +Merchants Credit Guide,    223 W Jackson Blvd Ste 410,    Chicago, IL 60696-0001
20229795   +Timothy Brown Attorney At Law,    1520 Carlemont Drive Suite M,    Crystal Lake, IL 60014-1836
20229809   +Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
20847904    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20229796   +E-mail/Text: roy.buchholz@allianceoneinc.com Jan 30 2014 00:01:51      Alliance One Receivables,
             4850 Street Road, Suite 300,    Trevose, PA 19053-6643
20709258    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 30 2014 00:08:10      Citibank, N.A.,
             c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
20229802    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2014 00:08:18      Discover,   PO Box 15316,
             Wilmington, DE 19850
20529833    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2014 00:08:18      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20229806   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2014 00:02:10      Kohls,   639305033119,
             N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
20229808    E-mail/Text: bankruptcydepartment@ncogroup.com Jan 30 2014 00:03:32      NCO Financial Systems,
             PO Box 13570,    Philadelphia, PA 19101
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20847905*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2014 at the address(es) listed below:
```
          Gloria C Tsotsos    on behalf of Creditor    WELLS FARGO BANK, N.A. nd-two@il.cslegal.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens     jimstevens@bslbv.com,    IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy  Brown    on behalf of Debtor Deborah A LaBatte help@timothybrownlaw.com
          Timothy  Brown    on behalf of Joint Debtor Jeffrey A. LaBatte help@timothybrownlaw.com
                                                                                             TOTAL: 6
```