# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: LABATTE, DEBORAH A § Case No. 13-81010
LABATTE, JEFFREY A. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $205,618.00                          Assets Exempt: $59,206.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,045.12             Claims Discharged
                                                        Without Payment: $131,030.67

Total Expenses of Administration: $3,954.88

3) Total gross receipts of $ 11,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $11,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $165,338.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,954.88 | 3,954.88 | 3,954.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,067.00 | 47,621.79 | 47,621.79 | 7,045.12 |
| **TOTAL DISBURSEMENTS** | $267,405.00 | $51,576.67 | $51,576.67 | $11,000.00 |

4) This case was originally filed under Chapter 7 on March 26, 2013. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/22/2014    By: /s/JAMES E. STEVENS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/4 interest 14048 Beaver Dam Lane, Huntly, IL | 1210-000 | 11,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 154,869.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 10,469.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$165,338.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,850.00 | 1,850.00 | 1,850.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,077.50 | 2,077.50 | 2,077.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 17.38 | 17.38 | 17.38 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,954.88 | $3,954.88 | $3,954.88 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,828.00 | 9,437.70 | 9,437.70 | 1,396.20 |
| 2 | Credit First NA | 7100-000 | 1,560.00 | 1,554.67 | 1,554.67 | 230.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 7,455.00 | 7,455.00 | 1,102.89 |
| 4 | Citibank, N.A. | 7100-000 | N/A | 15,314.01 | 15,314.01 | 2,265.54 |
| 5 | Capital One, N.A. | 7100-000 | 225.00 | 232.62 | 232.62 | 34.41 |
| 6 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 12,902.61 | 12,902.61 | 1,908.80 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 725.18 | 725.18 | 107.28 |
| NOTFILED | Citi Cards | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 40,449.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoffman Estates Surgery Center | 7100-000 | 9,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Keynote Consulting | 7100-000 | 4,902.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 273.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 12,548.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bank Of America, N.A. | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $102,067.00 | $47,621.79 | $47,621.79 | $7,045.12 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
LABATTE, JEFFREY A.  
**Period Ending:** 04/22/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/26/13 (f)  
**§341(a) Meeting Date:** 05/02/13  
**Claims Bar Date:** 08/22/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence commonly known as 424 Le  Imported from original petition Doc# 1 | 135,943.00 | 0.00 | | 0.00 | FA |
| 2 | American Chartered checking account  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Fifth Third Bank Checking xxxxx224 in banks, sav  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2 Beds and 2 dressers  Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 5 | 32" Television and stand  Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 6 | Bedding  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Couch and love seat  Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 8 | Drapes  Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 9 | Lamps  Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 10 | Laptop  Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 11 | kitchen table and chairs  Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 12 | Microwave  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 13 | Pots, dishes, and flatware  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Refrigerator  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Stereo  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 16 | Stove  Imported from original petition Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
　　　　　　　LABATTE, JEFFREY A.  
**Period Ending:** 04/22/14  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/26/13 (f)  
**§341(a) Meeting Date:** 05/02/13  
**Claims Bar Date:** 08/22/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17　Table<br>　　Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 18　Wall hangings, cds antiques, stamp, coin, record<br>　　Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 19　Clothing<br>　　Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 20　Various jewelry<br>　　Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 21　401(k) xxxx9001 other pension or profit sharing<br>　　Imported from original petition Doc# 1 | 46,000.00 | 0.00 | | 0.00 | FA |
| 22　1999 Toyota Camry<br>　　Imported from original petition Doc# 1 | 1,818.00 | 0.00 | | 0.00 | FA |
| 23　2001 Ford Ranger<br>　　Imported from original petition Doc# 1 | 3,319.00 | 0.00 | | 0.00 | FA |
| 24　2010 Chevrolet Equinox<br>　　Imported from original petition Doc# 1 | 13,482.00 | 0.00 | | 0.00 | FA |
| 25　1/4 interest 14048 Beaver Dam Lane, Huntly, IL (u) | 111,000.00 | 0.00 | | 11,000.00 | FA |
| 26　1/3 Interest in Doroth Larsons' Chase Bank acct (u) | 2,821.00 | 0.00 | | 0.00 | FA |
| **26　Assets　Totals** (Excluding unknown values) | **$316,618.00** | **$0.00** | | **$11,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　final report set for 2/26/14

**Initial Projected Date Of Final Report (TFR):**　　June 30, 2014　　　　**Current Projected Date Of Final Report (TFR):**　　January 8, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
LABATTE, JEFFREY A.  
**Taxpayer ID #:** **-***0912  
**Period Ending:** 04/22/14

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $277,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/25/13 | {25} | Dorothy A. Larson | 1/4 Interest in 14048 Beaver Dam Lane, Huntley, IL | 1210-000 | 11,000.00 | | 11,000.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,990.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 10,972.62 |
| 02/26/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,077.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,077.50 | 8,895.12 |
| 02/26/14 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,850.00, Trustee Compensation;  Reference: | 2100-000 | | 1,850.00 | 7,045.12 |
| 02/26/14 | 103 | Discover Bank | Dividend paid  14.79% on $9,437.70; Claim# 1; Filed: $9,437.70; Reference: | 7100-000 | | 1,396.20 | 5,648.92 |
| 02/26/14 | 104 | Credit First NA | Dividend paid  14.79% on $1,554.67; Claim# 2; Filed: $1,554.67; Reference: | 7100-000 | | 230.00 | 5,418.92 |
| 02/26/14 | 105 | FIA CARD SERVICES, N.A. | Dividend paid  14.79% on $7,455.00; Claim# 3; Filed: $7,455.00; Reference: | 7100-000 | | 1,102.89 | 4,316.03 |
| 02/26/14 | 106 | Citibank, N.A. | Dividend paid  14.79% on $15,314.01; Claim# 4; Filed: $15,314.01; Reference: | 7100-000 | | 2,265.54 | 2,050.49 |
| 02/26/14 | 107 | Capital One, N.A. | Dividend paid  14.79% on $232.62; Claim# 5; Filed: $232.62; Reference: | 7100-000 | | 34.41 | 2,016.08 |
| 02/26/14 | 108 | eCAST Settlement Corporation, assignee | Combined Check for Claims#6,7 | | | 2,016.08 | 0.00 |
| | | | Dividend paid  14.79%    1,908.80 on $12,902.61;  Claim# 6; Filed: $12,902.61 | 7100-000 | | | 0.00 |
| | | | Dividend paid  14.79%    107.28 on $725.18;  Claim# 7; Filed: $725.18 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 11,000.00 | 11,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,000.00 | 11,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,000.00** | **$11,000.00** | |

{} Asset reference(s)

Printed: 04/22/2014 03:25 PM    V.13.15

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-81010  
**Case Name:** LABATTE, DEBORAH A  
LABATTE, JEFFREY A.  
**Taxpayer ID #:** **-***0912  
**Period Ending:** 04/22/14  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $277,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | **Checking # ******5166** | **11,000.00** | **11,000.00** | **0.00** |
|  |  | $11,000.00 | $11,000.00 | $0.00 |

{} Asset reference(s)                                                                                   Printed: 04/22/2014 03:25 PM   V.13.15